Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                       Case No.: 16−31140−ABA
                                       Chapter: 13
                                       Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. Rieger Jr                                    Lindsay M. Rieger
   469 Concetta Drive                                    fka Lindsay Wisniewski
   Mount Royal, NJ 08061                            469 Concetta Drive
                                                            Mount Royal, NJ 08061

Social Security No.:
   xxx−xx−9137                                         xxx−xx−2032
Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     4/13/17
Time:    02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Neuner and Ventura LLP, Debtor's Attorney, period: 9/21/2016 to 3/8/2017

COMMISSION OR FEES
Fees: $6,077.50

EXPENSES
$525.95

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 9, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-31140-ABA
Joseph A. Rieger, Jr                                                    Chapter 13
Lindsay M. Rieger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2            Date Rcvd: Mar 09, 2017
                              Form ID: 137               Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db/jdb         +Joseph A. Rieger, Jr,    Lindsay M. Rieger,    469 Concetta Drive,    Mount Royal, NJ 08061-1115
cr             +Carrington Mortgage Services, LLC,    1600 South Douglass Rd,    Anaheim, CA 92806-5951
516483029      +Acs/nelnet,    501 Bleecker St,    Utica, NY 13501-2401
516483030      +Apex Asset Managemen,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516483031       Attorney General of the United States,    U.S. Department of Justice,
                 950 Pennsylvania Avenue, NW,    Washington, DC 20530-0001
516483032      +BB and T Bank,    PO Box 30495,    Tampa, FL 33630-3495
516483033      +Borgata Hotel & Casino,    One Borgata Way,    Atlantic City, NJ 08401-1900
516483034      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516597526       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516483035      +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
516662173      +Carrington Mortgage Services, LLC,    1600 S. Douglass Rd,    Anaheim, CA 92806-5951
516483036      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516483037       Comenity Bank/Express,    Po Box 18215,    Columbus, OH 43218
516483039       Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
516483038       Comenity Bank/nwyrk&co,    Po Box 18215,    Columbus, OH 43218
516483042      +DebtWave,    9325 Sky Park Ct #260,    San Diego, CA 92123-4319
516642637       ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
516483044      #+Ecmc,    1 Imation Place,    Bldg 2,    Oakdale, MN 55128-3422
516483051       Elizabeth Kilpatrick-Fox DMD,    1507 Kings Highway Route 605,    Swedesboro, NJ 08085
516483045      +Equifax Credit Information Services, Inc,    PO Box 740241,    Atlanta, GA 30374-0241
516483046       Experian,    29 BROADWAY FL 6,    New York, NY 10006-3101
516483047      +Financial Asset Management Systems, Inc.,    PO Box 1729,    Woodstock, GA 30188-1394
516483041      +Kelly A. Conroy Esq,    28 Cooper St,    Woodbury, NJ 08096-4618
516614261      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516483059      +Matthew Portella Esq,    607 White Horse Pike,    Haddon Heights, NJ 08035-1710
516483053      +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516483054      +Natiowide Recovery Service,    545 West Inman St,    Cleveland, TN 37311-1768
516588448       Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
516527920      +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
516483056      +New Jersey Dept of Law & Public Safety,    Division of Law,    Hughes Justice Comp,    Box 112,
                 Trenton, NJ 08625-0112
516483049      +Paul Humphreys,    79 North Main Street,    Mullica Hill, NJ 08062-9421
516483058      +Pay Pal Buyer Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
516483060      +Preferred Credit Inc,    Po Box 1970,    St Cloud, MN 56302-1970
516483057      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,    Box 245,
                 Trenton, NJ 08695-0245)
516483063      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial Services,    Po Box 8026,    Cedar Rapids, IA 52408)
516564243      +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516548209      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516483064       Trans Union Consumer Solutions,    PO Box 2000,    Chester, PA 19022-2000
516483065      +Trojan Professional Se,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
516483066      +United States Attorney,    Federal Courthouse and PO, 4th Floor,    401 Market Street,
                 Camden, NJ 08101-0016
516483067      +Usaa Federal Savings Bank,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
516483068      +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
516568255       Wells Fargo Bank NA,    PO Box 10438,    Des Moines   IA    50306-0438
516483069      +Wffnb/raymour & Flan,    Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2017 22:53:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2017 22:53:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516661351      +E-mail/Text: bncmail@w-legal.com Mar 09 2017 22:54:00      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516483040      +E-mail/Text: bankruptcy@td.com Mar 09 2017 22:53:57      Commerce Bank Na,
                 Td Bank/Attn:Bankruptcy,    Po Box 9547,    Portland, ME 04112-9547
516493044       E-mail/Text: mrdiscen@discover.com Mar 09 2017 22:53:20      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
516483043      +E-mail/Text: mrdiscen@discover.com Mar 09 2017 22:53:20      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516483048      +E-mail/Text: bankruptcy@fult.com Mar 09 2017 22:54:40      Fulton Bank of New Jersey,
                 533 Fellowship Road,    Mount Laurel, NJ 08054-3411
516483050      +E-mail/Text: cio.bncmail@irs.gov Mar 09 2017 22:53:33      Internal Revenue Service,
                 Centralized Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346

```
District/off: 0312-1            User: admin              Page 2 of 2              Date Rcvd: Mar 09, 2017
                                Form ID: 137             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516483052     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 09 2017 22:53:27      Kohls/Capital One,
               Po Box 3120,    Milwaukee, WI 53201-3120
516483055     +E-mail/PDF: pa_dc_claims@navient.com Mar 09 2017 22:49:24      Navient,   Attn: Claims Dept,
               Po Box 9500,    Wilkes-Barr, PA 18773-9500
516663532      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2017 22:49:57
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
               Norfolk VA 23541
516676876      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2017 23:05:41
               Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
               Norfolk VA 23541
516584954      E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2017 22:53:48
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516666895     +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2017 22:49:48      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516483062     +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2017 22:49:46      Synchrony Bank/ Old Navy,
               Po Box 965064,    Orlando, FL 32896-5064
516661763     +E-mail/Text: bncmail@w-legal.com Mar 09 2017 22:54:00      USAA Savings Bank,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516483061      Tina and Joseph Rieger,    NEED ADDRESS
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Nicholas Paul Edwards    on behalf of Creditor    Carrington Mortgage Services, LLC
           nedwards@shp-law.com
          Steven R. Neuner    on behalf of Debtor Joseph A. Rieger, Jr sneuneresq@comcast.net,
           ETomlinson@nv-njlaw.com
          Steven R. Neuner    on behalf of Joint Debtor Lindsay M. Rieger sneuneresq@comcast.net,
           ETomlinson@nv-njlaw.com
                                                                                              TOTAL: 7
```