|  |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Steven R. Neuner, Esq.<br>**Neuner and Ventura LLP**<br>Willow Ridge Executive Office Park<br>750 Rte. 73 South-Ste. 210<br>Marlton, NJ 08053-4133<br>(856) 596-2828<br>sneuner@nv-njlaw.com<br>Attorneys for Joseph and Lindsay Rieger |
| **In re: Joseph A. Rieger and Lindsay M. Rieger** |

Hearing Date:   /   /

**Order Filed on April 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 16-31140 ABA

Chapter 13

Judge: Hon. Andrew B. Altenburg

### ORDER ALLOWING FEES AND COSTS TO NEUNER AND VENTURA LLP, ATTORNEYS FOR JOSEPH AND LINDSAY RIEGER

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: April 27, 2017**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Joseph A. Rieger and Lindsay M. Rieger
Case No: 16-31140 ABA
Caption of Order: Order Allowing Fees and Costs to Neuner and Ventura LLP, Attorneys for Joseph and Lindsay Rieger
Page 2

Upon consideration of the application of Neuner and Ventura LLP, Attorneys for Joseph and Lindsay Rieger for an order allowing fees and expenses, and good cause appearing therefor, it is hereby

**ORDERED** that

1. Neuner and Ventura LLP is hereby allowed the following fees and expenses as an administrative expense:

| | |
|---|---|
| Fees total. | $6077.50 |
| Less Fees paid to date. | ($2500.00) |
| Less additional fees to be paid through Plan. | ($n/a) |
| Balance of Fees due. | $3577.50 |
| | |
| Expenses total. | $ 525.95 |
| Less Expenses Paid to Date. | ($480.00) |
| Balance of Expenses due. | $ 45.95 |
| | |
| TOTAL THIS APPLICATION. | $6603.45 |
| Less amounts received. | ($2980.00) |
| BALANCE DUE. | **$3623.45** |

2. The unpaid balance of $3623.45 shall be payable:

   __x__ through the chapter 13 plan as an administrative priority expense claim, WITHOUT REGARD TO AMOUNTS ALREADY INCLUDED IN THE MOST RECENTLY FILED PLAN.

   __X__ outside the Plan if case is dismissed.

3. The debtor's monthly plan is modified to require a payment of $_____ per month for
   _____ months to allow for payment of the aforesaid fee.

4. If the case is converted to another Chapter, any unpaid balance of fees and costs allowed herein shall be treated as a prior Chapter administrative expense in such Chapter. Pursuant to 11 U.S.C. §§ 503(b) and 727(b), any unpaid balance due at closure of the case shall not be discharged but shall remain the Debtor's personal obligation.

N:\WP\srn\RiegerJL\fee app.wpd
March 8, 2017 (2:09pm)