UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Steven R. Neuner, Esq.
**Neuner and Ventura LLP**
Willow Ridge Executive Office Park
750 Rte. 73 South-Ste. 210
Marlton, NJ 08053-4133
(856) 596-2828
sneuner@nv-njlaw.com
Attorneys for Joseph and Lindsay Rieger

**In re: Joseph A. Rieger and Lindsay M. Rieger**

Hearing    /

Order Filed on April 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-31140 ABA

Chapter 13

Judge: Hon. Andrew B. Altenburg

## ORDER ALLOWING FEES AND COSTS TO NEUNER AND VENTURA LLP, ATTORNEYS FOR JOSEPH AND LINDSAY RIEGER

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: April 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Joseph A. Rieger and Lindsay M. Rieger
Case No: 16-31140 ABA
Caption of Order: Order Allowing Fees and Costs to Neuner and Ventura LLP, Attorneys for Joseph and Lindsay Rieger
Page 2

    Upon consideration of the application of Neuner and Ventura LLP, Attorneys for Joseph and Lindsay Rieger for an order allowing fees and expenses, and good cause appearing therefor, it is hereby

    **ORDERED** that

1. Neuner and Ventura LLP is hereby allowed the following fees and expenses as an administrative expense:

Fees total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6077.50
    Less Fees paid to date. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ($2500.00)
    Less additional fees to be paid through Plan. . . . . . . . . . . . . . . . . . . . . . . . . . . ($n/a)
Balance of Fees due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3577.50

Expenses total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 525.95
Less Expenses Paid to Date. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ($480.00)
Balance of Expenses due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 45.95

TOTAL THIS APPLICATION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6603.45
Less amounts received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ($2980.00)
BALANCE DUE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3623.45**

2. The unpaid balance of $3623.45 shall be payable:

    __x__ through the chapter 13 plan as an administrative priority expense claim, WITHOUT REGARD TO AMOUNTS ALREADY INCLUDED IN THE MOST RECENTLY FILED PLAN.

    __X__ outside the Plan if case is dismissed.

3. The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

4. If the case is converted to another Chapter, any unpaid balance of fees and costs allowed herein shall be treated as a prior Chapter administrative expense in such Chapter. Pursuant to 11 U.S.C. §§ 503(b) and 727(b), any unpaid balance due at closure of the case shall not be discharged but shall remain the Debtor's personal obligation.

N:\WP\srn\RiegerJL\fee app.wpd
March 8, 2017 (2:09pm)

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-31140-ABA
Joseph A. Rieger, Jr                                                                Chapter 13
Lindsay M. Rieger
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db/jdb         +Joseph A. Rieger, Jr,    Lindsay M. Rieger,    469 Concetta Drive,    Mount Royal, NJ 08061-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Jeffrey E. Jenkins    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Nicholas Paul Edwards    on behalf of Creditor    Carrington Mortgage Services, LLC
               nedwards@shp-law.com
              Steven R. Neuner    on behalf of Attorney    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
                                                                                               TOTAL: 10