UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WARREN S. JONES, JR., ESQ. #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
Attorneys for Movant Carrington Mortgage Services, LLC

FHAC.241-4819

In Re:

Joseph A. Rieger, Jr.
and Lindsay M. Rieger
fka Lindsay Wisniewski

Order Filed on December 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-31140-ABA

Adv. No.:

Hearing Date: 10/17/2017 at 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

## CONSENT ORDER RE ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through  four (4)  is hereby **ORDERED**.

**DATED: December 1, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
**Debtors: Joseph A. Rieger, Jr. and Lindsay M. Rieger fka Lindsay Wisniewski**
Case No. 16-31140-ABA
**Caption of Order: Consent Order Re Adequate Protection**

---

IT IS HEREBY CONSENTED by and between Movant, Carrington Mortgage Services, LLC, its assignees and/or successors in interest, through its retained counsel, Warren S. Jones, Jr., Esquire, for Prober & Raphael, A Law Corporation, and Debtors Joseph A. Rieger, Jr. and Lindsay M. Rieger, through their counsel, Jeffrey E. Jenkins, Esquire, as follows:

1. Debtors shall maintain the regular monthly payments on Movant's loan obligation, and otherwise comply with all other terms of the subject Note and Mortgage, including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, encumbering the subject Property, generally described as **469 Concetta Drive, Mount Royal, NJ 08061**, in a timely fashion, commencing with the December 1, 2017 payment. Payments on Movant's loan obligation shall be made to Movant Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

2. Debtors shall pay off arrearages in the total amount of $14,947.92, representing the April 2017 through November 2017 monthly payments plus attorneys' fees and costs less suspense of $1,190.52. Said arrearages shall be paid in monthly installments of $2,491.32 each, commencing December 15, 2017, and continuing on the 15th day of each month thereafter until May 15, 2018.

3. Should any future payment to the mortgagee not be made within 30 days of its due date, or should Debtors' insurance lapse or be cancelled, then upon Certification to be filed with this Court and on notice to the Debtors, Co-Debtor, the Debtors' attorney and the Trustee, Carrington Mortgage Services, LLC, its assignees and/or successors in interest, shall be entitled to an Order for Relief from the Automatic Stay and Co-Debtor Stay with respect to the Debtors' real property commonly known as **469 Concetta Drive, Mount Royal, NJ 08061**.

(Page 3)
Debtors: Joseph A. Rieger, Jr. and Lindsay M. Rieger fka Lindsay Wisniewski
Case No. 16-31140-ABA
Caption of Order: Consent Order Re Adequate Protection

---

4. Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

5. Should Movant obtain relief from the automatic stay due to a breach of the terms of this Order, any Order for Relief from the Automatic Stay and Co-Debtor Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

6. In the event the instant bankruptcy proceeding is dismissed or discharged, this Consent Order shall be terminated and have no further force or effect.

The movant shall serve this order on the debtors, co-debtor, any trustee and any other party who entered an appearance on the motion.

Dated: 11-30-17

By _____
WARREN S. JONES, JR., ESQ. #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
Attorneys for Movant,
Carrington Mortgage Services, LLC
FHAC.241-4819

Dated: 11/29/17

By _____
JEFFREY E. JENKINS, ESQ.
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
jenkins.clayman@verizon.net
Attorney for Debtors

(Page 4)
Debtors: Joseph A. Rieger, Jr. and Lindsay M. Rieger fka Lindsay Wisniewski
Case No. 16-31140-ABA
Caption of Order: Consent Order Re Adequate Protection

---

### CERTIFICATE OF MAILING

I hereby certify that on _____, 20___, a copy of the foregoing Order was served on each of the following: Movant.

JAMES J. WALDRON, CLERK