UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WARREN S. JONES, JR., ESQ. #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
Attorneys for Movant Carrington Mortgage Services, LLC

FHAC.241-4819

In Re:

Joseph A. Rieger, Jr.
and Lindsay M. Rieger
fka Lindsay Wisniewski

Order Filed on December 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-31140-ABA

Adv. No.:

Hearing Date: 10/17/2017 at 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

## CONSENT ORDER RE ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through  four (4)  is hereby **ORDERED**.

**DATED: December 1, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
**Debtors: Joseph A. Rieger, Jr. and Lindsay M. Rieger fka Lindsay Wisniewski**
**Case No. 16-31140-ABA**
**Caption of Order: Consent Order Re Adequate Protection**

---

IT IS HEREBY CONSENTED by and between Movant, Carrington Mortgage Services, LLC, its assignees and/or successors in interest, through its retained counsel, Warren S. Jones, Jr., Esquire, for Prober & Raphael, A Law Corporation, and Debtors Joseph A. Rieger, Jr. and Lindsay M. Rieger, through their counsel, Jeffrey E. Jenkins, Esquire, as follows:

1. Debtors shall maintain the regular monthly payments on Movant's loan obligation, and otherwise comply with all other terms of the subject Note and Mortgage, including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, encumbering the subject Property, generally described as **469 Concetta Drive, Mount Royal, NJ 08061**, in a timely fashion, commencing with the December 1, 2017 payment. Payments on Movant's loan obligation shall be made to Movant Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

2. Debtors shall pay off arrearages in the total amount of $14,947.92, representing the April 2017 through November 2017 monthly payments plus attorneys' fees and costs less suspense of $1,190.52. Said arrearages shall be paid in monthly installments of $2,491.32 each, commencing December 15, 2017, and continuing on the 15th day of each month thereafter until May 15, 2018.

3. Should any future payment to the mortgagee not be made within 30 days of its due date, or should Debtors' insurance lapse or be cancelled, then upon Certification to be filed with this Court and on notice to the Debtors, Co-Debtor, the Debtors' attorney and the Trustee, Carrington Mortgage Services, LLC, its assignees and/or successors in interest, shall be entitled to an Order for Relief from the Automatic Stay and Co-Debtor Stay with respect to the Debtors' real property commonly known as **469 Concetta Drive, Mount Royal, NJ 08061**.

(Page 3)
Debtors: Joseph A. Rieger, Jr. and Lindsay M. Rieger fka Lindsay Wisniewski
Case No. 16-31140-ABA
Caption of Order: Consent Order Re Adequate Protection

---

4. Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

5. Should Movant obtain relief from the automatic stay due to a breach of the terms of this Order, any Order for Relief from the Automatic Stay and Co-Debtor Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

6. In the event the instant bankruptcy proceeding is dismissed or discharged, this Consent Order shall be terminated and have no further force or effect.

The movant shall serve this order on the debtors, co-debtor, any trustee and any other party who entered an appearance on the motion.

Dated: 11-30-17

By _____
WARREN S. JONES, JR., ESQ. #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
Attorneys for Movant,
Carrington Mortgage Services, LLC
FHAC.241-4819

Dated: 11/29/17

By _____
JEFFREY E. JENKINS, ESQ.
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
jenkins.clayman@verizon.net
Attorney for Debtors

(Page 4)
Debtors: Joseph A. Rieger, Jr. and Lindsay M. Rieger fka Lindsay Wisniewski
Case No. 16-31140-ABA
Caption of Order: Consent Order Re Adequate Protection

## CERTIFICATE OF MAILING

I hereby certify that on _____, 20___, a copy of the foregoing Order was served on each of the following: Movant.

JAMES J. WALDRON, CLERK

United States Bankruptcy Court
District of New Jersey

In re:
Joseph A. Rieger, Jr
Lindsay M. Rieger
    Debtors

Case No. 16-31140-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 01, 2017
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
db/jdb         +Joseph A. Rieger, Jr,    Lindsay M. Rieger,    469 Concetta Drive,    Mount Royal, NJ 08061-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net
          Eric   Clayman    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Nicholas Paul Edwards    on behalf of Creditor    Carrington Mortgage Services, LLC
           nedwards@shp-law.com
          Steven R. Neuner    on behalf of Attorney    Neuner and Ventura LLP sneuneresq@comcast.net,
           ETomlinson@nv-njlaw.com
          Warren S. Jones, Jr.    on behalf of Creditor    Carrington Mortgage Services, LLC
           email@warrensjones.com,   bestcasewsj@gmail.com;r46134@notify.bestcase.com
                                                                                                             TOTAL: 11