| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>David N Nigro, Esquire<br>412 White Horse Pike<br>Audubon, New Jersey 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on July 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph and Lindsay Reiger<br><br>debtor | Case No.: 16-31140<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Altenburg |

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following pages, number two (2) is hereby **ORDERED.**

**DATED: July 24, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of debtors' application to terminate wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The Wage Order docket #69 currently in place for the debtor's Trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, Woolwich Township Police Department, shall no longer make disbursements to the Chapter 13 Trustee.