| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>David N Nigro, Esquire<br>412 White Horse Pike<br>Audubon, New Jersey 08106<br>(856) 546-9696<br>Attorneys for the Debtor | **Order Filed on July 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Joseph and Lindsay Reiger<br><br>debtor | Case No.: 16-31140<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Altenburg |

### ORDER TERMINATING WAGE ORDER

The relief set forth on the following pages, number two (2) is hereby **ORDERED.**

**DATED: July 24, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of debtors' application to terminate wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The Wage Order docket #69 currently in place for the debtor's Trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, Woolwich Township Police Department, shall no longer make disbursements to the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph A. Rieger, Jr  
Lindsay M. Rieger  
      Debtors

Case No. 16-31140-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 24, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.  
db/jdb     +Joseph A. Rieger, Jr,    Lindsay M. Rieger,    469 Concetta Drive,    Mount Royal, NJ 08061-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:

       David Nigro    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net  
       David Nigro    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eric Clayman    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       Eric Clayman    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Jeffrey E. Jenkins    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       Jeffrey E. Jenkins    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
       Nicholas Paul Edwards    on behalf of Creditor    Carrington Mortgage Services, LLC nedwards@shp-law.com, amckenzie@huntonak.com;plozano@huntonak.com  
       Steven R. Neuner    on behalf of Attorney    Neuner and Ventura LLP sneuner@nv-njlaw.com, ETomlinson@nv-njlaw.com  
       Warren S. Jones, Jr.    on behalf of Creditor    Carrington Mortgage Services, LLC email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com  
                                                                                    TOTAL: 13