UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

# Jenkins & Clayman

Jeffrey E. Jenkins
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorney for Debtor

In Re:

Joseph A. Rieger, Jr. and Lindsay M. Rieger

debtors

Case No.: 16-31140

Judge: ABA

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor.

    A hearing has been scheduled for _____, at ____.____.

    ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by <u>Carrington Mortgage Services, LLC</u>.

    I am requesting a hearing be scheduled in this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support of attached hereto.

☐     Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒     Other **(explain your answer)**:

In our Chapter 13 case our mortgage company filed a Certification of Default indicating that we haven't made any payments at all since March 2018. This is incorrect. We paid almost $14,000.00 during that period of time and therefore we object to this Certification of Default and request that a hearing be held.

3.     I certify under penalty of perjury that the above is true.

Date: August 28, 2019                                /s/ Lindsay M. Rieger
                                                                Debtor's Signature

Date: August 28, 2019                                /s/ Joseph A. Rieger, Jr.
                                                                Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*