Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–31140–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph A. Rieger Jr | Lindsay M. Rieger |
| 469 Concetta Drive | fka Lindsay Wisniewski |
| Mount Royal, NJ 08061 | 469 Concetta Drive |
| | Mount Royal, NJ 08061 |

Social Security No.:
xxx–xx–9137                                            xxx–xx–2032

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:        September 24, 2019
Time:        10:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*82* – Objection to (related document:81 Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Warren S. Jones Jr. on behalf of Carrington Mortgage Services, LLC. Objection deadline is 08/22/2019. (Attachments: # 1 Certification # 2 Certificate of Service) (Jones, Warren) Modified on 8/23/2019 TO INDICATE THAT NO PROPOSED ORDER SUBMITTED, ORDER SHOULD BE E–MAILED TO JUDGES CHAMBERS. filed by Creditor Carrington Mortgage Services, LLC) filed by Jeffrey E. Jenkins on behalf of Joseph A. Rieger Jr, Lindsay M. Rieger. (Jenkins, Jeffrey)

and transact such other business as may properly come before the meeting.

Dated: August 29, 2019
JAN: eag

Jeanne Naughton
Clerk