Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−31140−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph A. Rieger Jr
469 Concetta Drive
Mount Royal, NJ 08061

Lindsay M. Rieger
fka Lindsay Wisniewski
469 Concetta Drive
Mount Royal, NJ 08061

Social Security No.:
xxx−xx−9137                                xxx−xx−2032

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           September 24, 2019
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*82* – Objection to (related document:81 Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Warren S. Jones Jr. on behalf of Carrington Mortgage Services, LLC. Objection deadline is 08/22/2019. (Attachments: # 1 Certification # 2 Certificate of Service) (Jones, Warren) Modified on 8/23/2019 TO INDICATE THAT NO PROPOSED ORDER SUBMITTED, ORDER SHOULD BE E−MAILED TO JUDGES CHAMBERS. filed by Creditor Carrington Mortgage Services, LLC) filed by Jeffrey E. Jenkins on behalf of Joseph A. Rieger Jr, Lindsay M. Rieger. (Jenkins, Jeffrey)

and transact such other business as may properly come before the meeting.


Dated: August 29, 2019
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Joseph A. Rieger, Jr
Lindsay M. Rieger
    Debtors

Case No. 16-31140-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Aug 29, 2019
                      Form ID: 173      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db/jdb        +Joseph A. Rieger, Jr,   Lindsay M. Rieger,   469 Concetta Drive,   Mount Royal, NJ 08061-1115
cr           +Carrington Mortgage Services, LLC,   1600 South Douglass Rd,   Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
          David   Nigro   on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net
          David   Nigro   on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eric   Clayman   on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Eric   Clayman   on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeffrey E. Jenkins   on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jeffrey E. Jenkins   on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jennifer R. Gorchow   on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Nicholas Paul Edwards   on behalf of Creditor   Carrington Mortgage Services, LLC
           nedwards@shp-law.com,   amckenzie@huntonak.com;plozano@huntonak.com
          Steven R. Neuner   on behalf of Attorney   Neuner and Ventura LLP sneuner@nv-njlaw.com,
           ETomlinson@nv-njlaw.com
          Warren S. Jones, Jr.   on behalf of Creditor   Carrington Mortgage Services, LLC
           email@warrensjones.com,   r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                                              TOTAL: 13