| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) WARREN S. JONES, JR., ESQ. #003781980 Law Offices of Warren S. Jones, Jr., LLC 1 Trinity Lane Mt. Holly New Jersey 08060 (609) 261-8400 email@warrensjones.com Attorneys for Carrington Mortgage Services, LLC FHAC.241-4819 | **Order Filed on October 28, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: Joseph A. Rieger, Jr. and Lindsay M. Rieger fka Lindsay Wisniewski, | Case No.: 16-31140-ABA Hearing Date: 9/24/2019 Judge: Andrew B. Altenburg, Jr. Chapter: 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER VACATING STAY
## AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____Carrington Mortgage Services, LLC_____, under Bankruptcy Code section 362(a)* for relief from the automatic stay** as to certain property as hereinafter set forth, and for cause shown, it is

*and section 1301(c)   **and co-debtor stay

ORDERED that the automatic stay** is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

**and co-debtor stay

☒ Real property more fully described as:

469 Concetta Drive, Mount Royal, NJ 08061

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

It is further ORDERED that in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Joseph A. Rieger, Jr
Lindsay M. Rieger
    Debtors

Case No. 16-31140-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 28, 2019
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
db/jdb         +Joseph A. Rieger, Jr,    Lindsay M. Rieger,    469 Concetta Drive,    Mount Royal, NJ 08061-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:
      David   Nigro    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net
      David   Nigro    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eric   Clayman    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Eric   Clayman    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeffrey E. Jenkins    on behalf of Joint Debtor Lindsay M. Rieger jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Jeffrey E. Jenkins    on behalf of Debtor Joseph A. Rieger, Jr jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
      Nicholas Paul Edwards    on behalf of Creditor   Carrington Mortgage Services, LLC nedwards@shp-law.com, amckenzie@huntonak.com;plozano@huntonak.com
      Steven R. Neuner    on behalf of Attorney   Neuner and Ventura LLP sneuner@nv-njlaw.com, ETomlinson@nv-njlaw.com
      Warren S. Jones, Jr.    on behalf of Creditor   Carrington Mortgage Services, LLC email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                                    TOTAL: 13