Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 16−31140−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph A. Rieger Jr<br>469 Concetta Drive<br>Mount Royal, NJ 08061 | Lindsay M. Rieger<br>fka Lindsay Wisniewski<br>469 Concetta Drive<br>Mount Royal, NJ 08061 |
| Social Security No.:<br>  xxx−xx−9137 | xxx−xx−2032 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 10, 2019</u>        <u>Andrew B. Altenburg Jr.</u>
                                                            Judge, United States Bankruptcy Court